◼ In the Matter of JEFFREY W. HOLLEBRANDT, Appellant, v JOANNE HOLLEBRANDT, Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Ontario County Family Court, Henry, Jr., J. (Appeal from Order of Ontario County Family Court, Henry, Jr., J.—Custody.) Present—Callahan, J. P., Boomer, Pine, Lawton and Boehm, JJ.